**CLERK OF U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



neopost
01/26/2017
**US POSTAGE** $000.46⁵

FIRST-CLASS MAIL

ZIP 11201
041M11271726

Olukayode David Ojo
120 Chestnut Street, Apt.# 1
East Orange



NIXIE        070   IC 1              0002/07/17

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

UTF      BC: 11201183299      *2145-08325-25-46