# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Olukayode David Ojo | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. **CV 16 - 4112** |
| MDC Lieutenant Frank Maldonado, Eric Abdellah, Stedman Ferguson, Clarence Ross | ) |
| *Defendant* | ) |

**BRODIE, J.**
**BLOOM, M.J.**

Amended
SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MDC Lieutenant Frank Maldonado:
Eric Abdellah:
Stedman Ferguson:
Clarence Ross

Please see atached rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Olukayode David Ojo
120 Chestnut Street, Apt.# 1
East Orange, NJ 07018

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
DOUGLAS C. PALMER

Date: 03/16/2017

*Signature of Clerk or Deputy Clerk*

RECEIVED
JUN 06 2017
PRO SE OFFICE

Civil Action No. *16-4112 (Brodie, J.) (Bloom, M.J.); Ojo v. The United States of America et al*

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Stedman Ferguson__

was received by me on *(date)* __03/23/2017__ .

☒ I ~~personally~~ served the summons on the individual at *(place)* via Certified mail __MDC Brooklyn, 80 29th Street Brooklyn, NY 11232__ on *(date)* __04/28/2017__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __N/A__ for travel and $ __N/A__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __6/6/2017__

*Server's signature*

__Olukayode David Ojo__
*Printed name and title*

__120 Chestnut Str, East Orange, NJ 07018__
*Server's address*

Additional information regarding attempted service, etc:
Documents Served: Summons and Complaint

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70161370000044209424

Delivered

**Expected Delivery Day:** Friday, April 28, 2017 ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™
Return Receipt

See tracking for related item: 9590940221366132043935 (/go/TrackConfirmAction?tLabels=9590940221366132043935)

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| **April 28, 2017, 10:21 am** | **Delivered, PO Box** | **BROOKLYN, NY 11232** |

Your item has been delivered and is available at a PO Box at 10:21 am on April 28, 2017 in BROOKLYN, NY 11232.

| | | |
| --- | --- | --- |
| April 28, 2017, 4:57 am | Departed USPS Facility | BROOKLYN, NY 11256 |
| April 27, 2017, 2:11 pm | Arrived at USPS Facility | BROOKLYN, NY 11256 |
| April 26, 2017, 10:20 pm | Arrived at USPS Facility | KEARNY, NJ 07099 |
| April 26, 2017, 5:15 pm | Departed Post Office | EAST ORANGE, NJ 07018 |
| April 26, 2017, 4:28 pm | Acceptance | EAST ORANGE, NJ 07018 |

See Less ∧

## Available Actions

Text Updates ∨

Email Updates ∨

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (http://faq.usps.com/?articleId=220900)



**There's an easier way to track your packages.**

Why jump from page to page to track packages being sent to you? With My USPS™, you can easily track all your packages in one place. Sign up to:

- Set up automatic email and text alerts, so you'll never have to manually track a package again
- Provide delivery instructions, so your carrier knows where to leave packages

**Sign Up**

(https://reg.usps.com/entreg/RegistrationAction_input?

app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo%2FTrackConfirmAction%21input

(https://www.usps.com/)

| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us (https://www.usps.com/help/welcome.htm) | About USPS Home (http://about.usps.com/) | Business Customer Gateway (https://gateway.usps.com/) | Privacy Policy (http://about.usps.com/who-we-are/privacy-policy/privacy-policy-highlights.htm) |
| Site Index (https://www.usps.com/globals/site-index.htm) | Newsroom (http://about.usps.com/news/welcome.htm) | Postal Inspectors (https://postalinspectors.uspis.gov/) | Terms of Use (http://about.usps.com/termsofuse.htm) |
| FAQs (http://faq.usps.com/) | USPS Service Updates (http://about.usps.com/news/service-alerts/welcome.htm) | Inspector General (http://www.uspsoig.gov/) | FOIA (http://about.usps.com/who-we-are/foia/welcome.htm) |
| | Forms & Publications (http://about.usps.com/forms-publications/welcome.htm) | Postal Explorer (http://pe.usps.gov/) National Postal Museum (http://www.postalmuseum.si.edu/) Resources for Developers (https://www.usps.com/webtools/welcome.htm) | No FEAR Act EEO Data (http://about.usps.com/who-we-are/no-fear-act/welcome.htm) |
| | Government Services (https://www.usps.com/gov-services/gov-services.htm) | | |
| | Careers (http://about.usps.com/careers/welcome.htm) | | |

Copyright © 2017 USPS. All Rights Reserved.

## Defendant Rider:

MDC Lieutenant Frank Maldonado: MDC Brooklyn 80 29TH STREET BROOKLYN, NY 11232

Eric Abdellah MDC Brooklyn 80 29TH STREET BROOKLYN, NY 11232

Stedman Ferguson: MDC Brooklyn 80 29TH STREET BROOKLYN, NY 11232

Clarence Ross: MDC Brooklyn 80 29TH STREET BROOKLYN, NY 11232