# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| Olukayode David Ojo | ) | |
| _Plaintiff_ | ) | Civil Action No. **CV 16 - 4112** |
| v. | ) | |
| MDC Lieutenant Frank Maldonado, Eric Abdellah, Stedman Ferguson, Clarence Ross | ) | BRODIE, J. |
| _Defendant_ | ) | BLOOM, M.J. |

## Amended SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MDC Lieutenant Frank Maldonado:
Eric Abdellah:
Stedman Ferguson:
Clarence Ross

Please see atached rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Olukayode David Ojo
120 Chestnut Street, Apt.# 1
East Orange, NJ 07018

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
DOUGLAS C. PALMER

Date: 03/16/2017

_Signature of Clerk or Deputy Clerk_

RECEIVED
JUN 06 2017
PRO SE OFFICE

Civil Action No. _16 - 4112 (Brodie, J.) (Bloom, M.J.); Ojo v. The United States of America et al_

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Lieutenant Frank Maldonado_
was received by me on *(date)* _03/23/2017_ .

☑ I ~~personally~~ served the summons on the individual, at *(place)* via Certified mail _MDC Brooklyn, 80 29th Street Brooklyn, NY 11232_ on *(date)* _05/25/2017_ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _N/A_ for travel and $ _N/A_ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _6/6/2017_

_____
Server's signature

_Olukayode David Ojo_
Printed name and title

_120 Chestnut Str., East Orange, NJ 07018_
Server's address

Additional information regarding attempted service, etc:
_Documents Served: Summons and Complaint_

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70163010000086556949

> > > **Delivered**

**On Time**
**Updated Delivery Day:** Thursday, May 25, 2017 ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™
Return Receipt

See tracking for related item: 9590940225836336690892 (/go/TrackConfirmAction?tLabels=9590940225836336690892)

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| May 25, 2017, 8:56 am | Delivered, PO Box | BROOKLYN, NY 11232 |

Your item has been delivered and is available at a PO Box at 8:56 am on May 25, 2017 in BROOKLYN, NY 11232.

| | | |
|---|---|---|
| May 25, 2017, 8:52 am | Sorting Complete | BROOKLYN, NY 11232 |
| May 25, 2017, 5:22 am | Arrived at Unit | BROOKLYN, NY 11232 |
| May 25, 2017, 4:57 am | Departed USPS Facility | BROOKLYN, NY 11256 |
| May 24, 2017, 2:35 pm | Arrived at USPS Facility | BROOKLYN, NY 11256 |
| May 23, 2017, 7:22 pm | Departed USPS Facility | KEARNY, NJ 07099 |
| May 23, 2017, 7:21 pm | Arrived at USPS Facility | KEARNY, NJ 07099 |
| May 23, 2017, 5:18 pm | Departed Post Office | EAST ORANGE, NJ 07018 |
| May 23, 2017, 9:01 am | Acceptance | EAST ORANGE, NJ 07018 |

See Less ∧

## Available Actions

Text Updates ⌄

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (http://faq.usps.com/?articleId=220900)



**There's an easier way to track your packages.**

Why jump from page to page to track packages being sent to you? With My USPS™, you can easily track all your packages in one place. Sign up to:

- Set up automatic email and text alerts, so you'll never have to manually track a package again
- Provide delivery instructions, so your carrier knows where to leave packages

**Sign Up**

(https://reg.usps.com/entreg/RegistrationAction_input?

app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo%2FTrackConfirmAction%21input

(https://www.usps.com/)

# Defendant Rider:

MDC Lieutenant Frank Maldonado: MDC Brooklyn 80 29TH STREET BROOKLYN, NY 11232

Eric Abdellah MDC Brooklyn 80 29TH STREET BROOKLYN, NY 11232

Stedman Ferguson: MDC Brooklyn 80 29TH STREET BROOKLYN, NY 11232

Clarence Ross: MDC Brooklyn 80 29TH STREET BROOKLYN, NY 11232