# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| Olukayode David Ojo | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. **CV16 - 4112** |
| MDC Lieutenant Frank Maldonado, Eric Abdellah, Stedman Ferguson, Clarence Ross | ) ) | BRODIE, J. |
| *Defendant* | ) | BLOOM, M.J. |

**Amended**
## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MDC Lieutenant Frank Maldonado:
Eric Abdellah:
Stedman Ferguson:
Clarence Ross

Please see atached rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Olukayode David Ojo
120 Chestnut Street, Apt.# 1
East Orange, NJ 07018

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
DOUGLAS C. PALMER

Date: _____03/16/2017_____       _____
                                    *Signature of Clerk or Deputy Clerk*

RECEIVED
JUN 05 2017
PRO SE OFFICE

Civil Action No. 16-4112 (Brodie, J.) (Bloom, MJ); Ojo v. The United States of America et. al

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Clarence Ross__

was received by me on *(date)* __03/23/2017__ .

☒ I ~~personally~~ served the summons on the individual at *(place)* via certified mail __MDC Brooklyn 80 29th St., Brooklyn, NY 11232__
on *(date)* __5/26/2017__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __N/A__ for travel and $ __N/A__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __6/6/2017__

_____
Server's signature

__Olukayode David Ojo__
Printed name and title

__120 Chestnut Str., East Orange, NJ 07018__
Server's address

Additional information regarding attempted service, etc:
Documents Served: Summons and Complaint

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70163010000086556956

> > > Delivered

**On Time**
**Updated Delivery Day:** Thursday, May 25, 2017 ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™
Return Receipt

See tracking for related item: 9590940225836336690878 (/go/TrackConfirmAction?tLabels=9590940225836336690878)

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| May 25, 2017, 8:56 am | Delivered, PO Box | BROOKLYN, NY 11232 |

Your item has been delivered and is available at a PO Box at 8:56 am on May 25, 2017 in BROOKLYN, NY 11232.

| | | |
|---|---|---|
| May 25, 2017, 8:52 am | Sorting Complete | BROOKLYN, NY 11232 |
| May 25, 2017, 5:21 am | Arrived at Unit | BROOKLYN, NY 11232 |
| May 25, 2017, 4:57 am | Departed USPS Facility | BROOKLYN, NY 11256 |
| May 24, 2017, 2:35 pm | Arrived at USPS Facility | BROOKLYN, NY 11256 |
| May 23, 2017, 7:13 pm | Arrived at USPS Facility | KEARNY, NJ 07099 |
| May 23, 2017, 5:18 pm | Departed Post Office | EAST ORANGE, NJ 07018 |
| May 23, 2017, 9:03 am | Acceptance | EAST ORANGE, NJ 07018 |

See Less ∧

## Available Actions

Text Updates ∨

Email Updates ∨

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (http://faq.usps.com/?articleId=220900)



There's an easier way to track your packages.

Why jump from page to page to track packages being sent to you? With My USPS™, you can easily track all your packages in one place. Sign up to:

- Set up automatic email and text alerts, so you'll never have to manually track a package again
- Provide delivery instructions, so your carrier knows where to leave packages

Sign Up

(https://reg.usps.com/entreg/RegistrationAction_input?

app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo%2FTrackConfirmAction%21input

(https://www.usps.com/)

# Defendant Rider:

MDC Lieutenant Frank Maldonado: MDC Brooklyn 80 29TH STREET BROOKLYN, NY 11232

Eric Abdellah MDC Brooklyn 80 29TH STREET BROOKLYN, NY 11232

Stedman Ferguson: MDC Brooklyn 80 29TH STREET BROOKLYN, NY 11232

Clarence Ross: MDC Brooklyn 80 29TH STREET BROOKLYN, NY 11232